**SO ORDERED.**

**SIGNED this 23 day of July, 2010.**

_____
J. Rich Leonard
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

LINDA BARBARA MURDOCK,                    CASE NO. 09-03734-8-JRL
                                          Chapter 7
      DEBTOR.

**ORDER**

This case is before the court on the debtor's motion for determination regarding unclaimed funds subject to writ of execution. A hearing took place in Raleigh, North Carolina on July 13, 2010.

The debtor filed a petition for relief under chapter 7 of the Bankruptcy Code on May 6, 2009. On September 17, 2009, the court ordered HFC/Beneficial to pay sanctions for willful violations of the automatic stay of $5,000, with additional sanctions accruing at $100 per day for failure to pay within 20 days. Despite receiving notice of the order at multiple addresses provided by the lender, HFC/Beneficial failed to comply with the order. A writ of execution was issued on May 13, 2010. The Clerk of United States Bankruptcy Court for the Eastern District

of North Carolina holds unclaimed funds under various names associated with HFC/Beneficial.[1] To demonstrate that the names associated with the unclaimed funds are aliases of the named respondent, the debtor presented the official Form 10-K for 2008 of HSBC Finance Corporation and the official form 6-K for March 2009 of HSBC Holdings PLC. The corporate history in the 10-K states that HSBC operated as HFC for most of its history, was acquired by HSBC Holdings plc, and eventually changed its name to HSBC Finance Corporation.[2] The 6-K announces that HSBC will discontinue operating its consumer lending branches, officially branded as HFC and Beneficial, and provides that HSBC's remaining US subsidiaries – HSBC Finance, HSBC Bank, and HSBC Finance Corporation – will continue operating. A variety of newspaper and online articles link HSBC to Beneficial Finance/ Beneficial Finance Corporation; HSBC announced in June of 2009 that it would shut down its British sub-prime division, HFC, including its subsidiary Beneficial Finance. The public record confirms that Beneficial Finance ceased to operate in July 2009, and Beneficial Finance's corporate website directs inquiries to HFC Bank.

    Based on the record, the debtor's motion to determine which unclaimed funds are subject to execution is GRANTED as to funds held in the name of HFC, HFC/Beneficial, Beneficial, Beneficial Inc., Beneficial Finance, and Beneficial Finance Co.. The attached Exhibit A identifies by case number the unclaimed funds subject to the writ of execution.

---

[1] The names found include HFC, HFC/Beneficial, Beneficial, Beneficial Credit, Beneficial Finance, Beneficial Finance Co., Beneficial Financial, Beneficial, Inc., Beneficial Mortgage, Beneficial National Bank, Beneficial National Bank USA, Beneficial North Carolina, Beneficial of North Carolina, and Beneficial Tax Masters.

[2] In the United Kingdom, HFC continues to operate under the name of HFC Bank.

**EXHIBIT A**

| Case Number | Case Name | Amount | Creditor | Address |
|---|---|---|---|---|
| 0-15 | MELVIN, Anthony Melvin & Latonia Johnson | $ 345.20 | Beneficial | |
| 0-1632 | MATTHEW VANBUREN BASSETT | $ 93.44 | Beneficial | P O Box 9055 Brandon, FL 33509-0955 |
| 0-6151 | Cotton, Donnie Ray and Majorie Johnson | $ 34.71 | Beneficial | |
| 1-71 | Hood, Burnette Hedgepeth | $ 43.21 | Beneficial | |
| 2-5349 | RAYMOND LEE OWENS | $ 68.74 | Beneficial | |
| 3-8939 | Boseman, Anthony Wade and Denise Lavina | $ 40.02 | Beneficial | |
| 4-893 | Boyd, Cathy C. | $ 46.37 | Beneficial | |
| 4-3619 | Jackson, Willie Elgin | $ 191.95 | Beneficial | |
| 4-6503 | STEVEN LEWIS COOMBS | $ 188.73 | BENEFICIAL | 961 WEIGEL AVE ELMHURST, IL 60126 |
| 6-105 | RUBY E COLVILLE | $ 130.51 | Beneficial | 1301 E. Tower Rd. Schaumburg, IL 60173 |
| 6-105 | RUBY E COLVILLE | $ 248.84 | Beneficial | 1301 E Tower Rd Schaumburg, IL 60173 |
| 95-2306 | QUIN P. & NANCY SMITH O'QUIN | $ 43.07 | Beneficial | |
| 96-1669 | PAUL & MARY DIAVOLIKIS | $ 30.92 | Beneficial | |
| 97-2142 | JAMES H MILLS | $ 53.55 | Beneficial | 1401 SE Maynard RD STE H Cary, NC 27511-6924 |
| 97-2142 | JAMES H MILLS | $ 54.00 | Beneficial | 1401 SE Maynard Rd STE H Cary, NC 27511-6924 |
| 97-4552 | Huffman, Garry and Teresa Sawyer | $ 39.63 | Beneficial | |
| 97-4611 | PAQUETTE, Bradley John & Novemberann M. | $ 31.49 | Beneficial | |
| 98-5085 | Britt, Dwight Keith and Lisa C. | $ 82.03 | Beneficial | |
| | | | | |
| | | | | |

**EXHIBIT A**

| | | | | |
|---|---|---|---|---|
| 98-1226 | BEAMON, Sidney Bruce & Cammie Atkinson | $ 45.50 | Beneficial Fin. | |
| 84-1321 | TERRY & RETHA MAE LITTLE BLOUNT | $ 48.00 | Beneficial Finance | |
| 88-441 | DON A. & GLADYS A. TADLOCK | $ 131.00 | BENEFICIAL FINANCE | 215 BERKELEY BLVD GOLDSBORO, NC 27530 |
| 95-3044 | BOBBY GENE & TONYA DENISE HOLTS | $ 34.43 | Beneficial Finance | |
| 96-1966 | THOMAS LOOMIS & LISA MARIE PUGH | $ 72.66 | Beneficial Finance | |
| 96-2645 | JASON O'DAY & KELLY ANN BAKER | $ 36.00 | Beneficial Finance | |
| 96-4409 | ROGER C. & CLYDER S. WELLS | $ 45.84 | Beneficial Finance | |
| 96-6479 | JOHN ABRAHAM, III & GAY Y. TUCKER | $ 46.85 | Beneficial Finance | |
| 97-3743 | MOSBY, Karen Rene' | $ 91.66 | Beneficial Finance | |
| 97-5495 | JEFFREYS, Michelle J. | $ 58.00 | Beneficial Finance | |
| 98-46 | DANIELS, Karen | $ 46.26 | Beneficial Finance | |
| 98-1217 | REGINALD & ANGELA WYCHE | $ 30.88 | Beneficial Finance | |
| 98-4381 | COLEY, James Roy | $ 38.81 | Beneficial Finance | |
| 98-5279 | JONES, David A. and Sally M. | $ 74.56 | Beneficial Finance | |
| 90-2780 | JAMES & LINDA McFADDEN | $ 149.06 | BENEFICIAL FINANCE CO. | |
| 95-957 | SANDRA OWEN | $ 33.03 | Beneficial Finance Co. | |
| 95-1398 | BETTY WATSON | $ 34.90 | Beneficial Finance Co. | |
| 95-1398 | BETTY WATSON | $ 79.47 | Beneficial Finance Co. | |
| 96-597 | KENNETH & DESADRA LEONARD | $ 133.41 | Beneficial Finance Co. | |
| 96-716 | RANDY GRIFFIN | $ 53.51 | Beneficial Finance Co. | |
| 96-1201 | DONALD CARRINGTON | $ 39.81 | Beneficial Finance Co. | |
| 97-342 | JASON & AMY NAPIER | $ 41.87 | Beneficial Finance Co. | |
| 97-498 | RANDY & KIMBERLY OAKLEY | $ 59.64 | Beneficial Finance Co. | |
| 97-1843 | ROY & CYNTHIA CAMPBELL | $ 26.80 | Beneficial Finance | |

**EXHIBIT A**

|  |  |  | Co. |  |
|---|---|---|---|---|
| 97-2188 | DEVI WILSON | $ 76.83 | Beneficial Finance Co. |  |
| 96-4927 | RAY M. & LETHA M. LEWIS | $ 28.21 | Beneficial Financial |  |
| 97-1682 | MCLAURIN, Annie Neal | $ 90.45 | Beneficial Financial |  |
| 96-597 | KENNETH & DESADRA LEONARD | $ 28.89 | Beneficial Inc. |  |
|  |  |  |  |  |

**EXHIBIT A**

| Case Number | Case Name | Amount | Creditor | Address |
|---|---|---|---|---|
| 4-3087 | DIANA SENNET-FENN | $ 99.84 | HFC | 1301 E. Tower Rd. Schaumburg, IL 60173 |
| 3-8300 | JOYCE JONES | $ 43.36 | HFC/BENEFICIAL | 1301 E Tower Rd Payment Processing Schaumburg, IL 60173 |
| 3-9619 | COREY JAMES ATKINSON | $ 49.49 | HFC/BENEFICIAL | 1301 E Tower Rd Payment Processing Schaumburg, IL 60173 |

END OF DOCUMENT